1  Todd Michael Friedman (CSB No. 216752)
   tfriedman@attorneysforconsumers.com
2  Suren N. Weerasuriya (CSB No. 278521)
   sweerasuriya@attorneysforconsumers.com
3  Adrian R. Bacon (CSB No. 280332)
   abacon@attorneysforconsumers.com
4  LAW OFFICES OF TODD M. FRIEDMAN, P.C.
5  324 South Beverly Drive, Suite 725
   Beverly Hills, CA 90212
6  Telephone: 877.206.4741
   Facsimile: 866.633.0228
7
   Attorneys for Plaintiff Dylan Ruga

1  Rodger R. Cole (CSB No. 178865)
   rcole@fenwick.com
   FENWICK & WEST LLP
   Silicon Valley Center
   801 California Street
   Mountain View, CA 94041
   Telephone:    650.988.8500
   Facsimile:    650.938.5200

   Annasara G. Purcell (CSB No. 295512)
   apurcell@fenwick.com
   FENWICK & WEST LLP
   555 California Street, 12th Floor
   San Francisco, CA  94104
   Telephone:    415.875.2300
   Facsimile:    415.281.1350

   Brian D. Buckley (WSB No. 26423)
   (*admitted pro hac vice*)
   bbuckley@fenwick.com
   Bradley T. Meissner (WSB No. 39592)
   (*admitted pro hac vice*)
   bmeissner@fenwick.com
   FENWICK & WEST LLP
   1191 Second Avenue, 10th Floor
   Seattle, WA  98101
   Telephone:    206.389.4510
   Facsimile:    206.389.4511

   Attorneys for Defendant Voxer, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DYLAN RUGA,<br><br>           Plaintiff,<br><br>     v.<br><br>VOXER, INC.,<br><br>           Defendant. | **Case No.: 3:15-cv-03059-JST**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR EARLY NEUTRAL EVALUATION**<br><br>Judge:  Jon S. Tigar<br>Date Action Filed:  July 1, 2015 |

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, and ADR Local Rule 5-5, Plaintiff Dylan Ruga, and Defendant Voxer, Inc. hereby stipulate, and respectfully request that the Court order, that the current December 14, 2015 deadline for the parties to conduct an Early Neutral Evaluation ("ENE") session in this action be extended up to and including March 14, 2016. As set forth in the supporting declaration of Bradley T. Meissner, the relief requested by this Stipulation is appropriate because the parties agree that, in light of the currently scheduled November 19, 2015 hearing on Voxer's motion to dismiss Plaintiff's amended complaint, it would be appropriate to defer scheduling and conducting any ENE session in this case until after the Court issues a ruling on Voxer's motion to dismiss. In addition, the relief requested by this Stipulation is not expected to have any effect on the overall schedule for this case.

Respectfully submitted,

Dated: October 20, 2015          LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By: /s/ *Adrian R. Bacon (via email authorization)*
    Adrian R. Bacon
    *Attorneys for Plaintiff Dylan Ruga*

Dated: October 20, 2015          FENWICK & WEST LLP

By: /s/ *Bradley T. Meissner*
    Bradley T. Meissner
    *Attorneys for Defendant Voxer, Inc.*

# [PROPOSED] ORDER

The parties' stipulation is adopted and **IT IS SO ORDERED**. The parties' ENE deadline is extended up to and including March 14, 2016. The parties shall confer with the ENE evaluator to set a new date for the ENE session in this case.

Dated: October 21, 2015          By: 

JOINT STIPULATION AND [PROPOSED]
ORDER EXTENDING ENE DEADLINE     3     CASE NO.: 3:15-CV-03059-JST

## ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)

I, Bradley T. Meissner, am the ECF User whose identification and password are being used to file this **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR EARLY NEUTRAL EVALUATION.** In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated:  October 20, 2015                              */s/ Bradley T. Meissner*
                                                                         Bradley T. Meissner